**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **ANTONIO BROWN,** | * |
| Petitioner, | * |
| vs. | *   CRIM. NO. 09-00068-WS |
| | *   CIVIL NO. 10-00477-WS-B |
| **UNITED STATES OF AMERICA,** | * |
| Respondent. | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Petitioner's § 2255 Motion to Vacate, Set Aside, or Correct Sentence (doc. 40) be **DENIED**.

**DONE** this 13th day of September, 2013.

s/WILLIAM H. STEELE
**CHIEF UNITED STATES DISTRICT JUDGE**