# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| ANTONIO BROWN, | * |
| Petitioner, | * |
| vs. | * CRIM. NO. 09-00068-WS |
| | * CIVIL NO. 10-00477-WS-B |
| UNITED STATES OF AMERICA, | * |
| Respondent. | * |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that Petitioner's § 2255 Motion to Vacate, Set Aside, or Correct Sentence (doc. 40) be **DENIED**. Defendant is not entitled to a Certificate of Appealability.

**DONE** this 13th day of September, 2013.

s/WILLIAM H. STEELE
**CHIEF UNITED STATES DISTRICT JUDGE**